JACK B. MCCOWAN, JR. (SBN: 062056)
PATRICK S. SALCEDA (SBN: 247978)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
ROBERT BOSCH TOOL CORPORATION
and HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAMZ ALI, | CASE NO. 1:07-CV-01867-AWI-GSA |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND DISCOVERY DEADLINES** |
| vs. | |
| ROBERT BOSCH TOOL CORPORATION, ET AL., | COMPLAINT FILED: September 19, 2007 |
| Defendants. | |

Robert Bosch Tool Corporation, Inc., and Home Depot U.S.A., Inc. ("Defendants") by and through their counsel, and Ramz Ali ("Plaintiff"), by and through its counsel, hereby stipulate to the entry of an order extending the court scheduled discovery cut-off date to allow for parties to conduct additional discovery. This stipulation is made with reference to the following facts:

A. On July 29, 2008, defendants took the deposition of plaintiff Ramz Ali regarding the circumstances of the accident. Plaintiff referred to a "Tom James" whom he identified as a co-worker and potential eyewitness to the accident. Plaintiff did not have any contact information for Mr. James.

B. In the months since plaintiff's deposition, defendants have attempted, without success, to locate "Tom James."

C. On September 24, 2008, a telephonic scheduling conference was held to amend

some of the dates outlined in the Initial Scheduling Order issued on February 26, 2008.  Edward Chatoian appeared behalf of the plaintiff.  Jack McCowan, Jr., appeared on behalf of the defendants.  Steven Humphry appeared on behalf of the lien claimant.  The discovery deadlines in the Initial Scheduling Order were amended as follows:

     1.    Non-Expert Discovery:    November 3, 2008.

     2.    Initial Expert Discovery:    November 23, 2008

     3.    Supplemental Expert Discovery:    December 9, 2008

     4.    Expert Discovery:    January 16, 2009

    D.    On October 28, 2008, defendants took the deposition of Robert Wyckoff who was plaintiff's former employer.  During that deposition, Mr. Wyckoff provided new information regarding Tom James; specifically his affiliation with the Carpenters Local 713 Union located in Hayward, California.  Furthermore, Mr. Wyckoff provided payroll records related to the Sonora Fire Department Project; the jobsite on which plaintiff was injured.  These payroll records contain the social security number for Tom James.

    E.    On October 30, 2008, our office was able to locate a physical address for Tom James.

    F.    In light of the non-expert discovery cut-off date of November 3, 2008, it is necessary for the Parties to extend the discovery deadlines to allow for further discovery.

WHEREFORE, the parties stipulate to the entry of an order providing as follows:

    1.    The parties request to extend the deadline for non-expert discovery from November 3, 2008 to December 15, 2008.

    2.    The parties request to extend the deadline for initial expert discovery from November 25, 2008 to January 5, 2008.

    3.    The parties request to extend the deadline for supplemental expert discovery from December 9, 2008 to January 16, 2009.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

4.  The parties request to extend the deadline for expert discovery from January 16, 2009 to January 30, 2009.

SO STIPULATED

Dated:  November 3, 2008     GORDON & REES, LLP


/s/  Jack B. McCowan, Jr.
JACK B. McCOWAN, JR.
Attorneys for Defendants
ROBERT BOSCH TOOL CORPORATION
and HOME DEPOT U.S.A., INC.

Dated:  November 3, 2008     LAW OFFICES OF EDWARD B. CHATOIAN


/s/  Edward B. Chatoian (as authorized on October 31, 2008)
EDWARD B. CHATOIAN
Attorneys for Plaintiff RAMZ ALI


**ORDER**

IT IS SO ORDERED

Dated: November 5, 2008           /s/ Gary S. Austin
                                  United States Magistrate Judge