1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

10

| | | |
|---|---|---|
| 11 | RAMZ ALI, | ) 1:07-cv-01867-AWI-GSA |
| 12 | Plaintiff, | ) AMENDED SCHEDULING ORDER<br>) (Fed. R. Civ. P. 16) |
| 13 | vs. | ) |
| 14 | ROBERT BOSCH TOOL CORPORATION,<br>et al., | ) Discovery Deadlines:<br>)   Non-Expert: March 18, 2009<br>)   Initial Plaintiff Expert: March 9, 2009 |
| 15 | | )   Initial Defendant Expert: March 20, 2009 |
| 16 | Defendants. | )   Supp. Expert:  March 31, 2009<br>)   Expert Discovery Close:  April 24, 2009 |

17                                              Motion Deadlines:
                                                   Non-Dispositive:  May 1, 2009
18                                                 Dispositive:  May 29, 2009

19                                              Settlement Conference
                                                   May 5, 2009 at 10:30 a.m.
20                                                  Courtroom 10 (GSA), 6th Floor

21                                              Pre-Trial Conference:
                                                   July 9, 2009 at 8:30 a.m.
22                                                 Courtroom 2 (AWI), 8th Floor

23                                              Trial: August 4, 2009 at 8:30 a.m.
                                                   Courtroom 2 (AWI), 8th Floor
24                                                 5 to 7 days
                                                   Jury Trial

25

26

27

28

-1-

**AMENDED SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1    Pursuant to a stipulation of the parties, the dates in the Amended Scheduling Order dated

2    September 24, 2008 are, therefore, amended as follows:

3        Discovery Deadlines:

4            Non-Expert Discovery:                    March 18, 2009

5            Plaintiff's Expert Disclosure:           March 9, 2009

6            Defendant's Expert Disclosure:           March 20, 2009

7            Joint Supplemental Expert Disclosure:    March 31, 2009

8            Expert Discovery Close:                  April 24, 2009

9        Motion Deadlines:

10           Non-Dispositive:                         May 1, 2009

11           Dispositive:                             May 29, 2009

12       Settlement Conference:

13           May 5, 2009 at 10:30 a.m.

14           Courtroom 10 (GSA), 6th Floor

15       Pre-Trial Conference:

16           July 9, 2009 at 8:30 a.m.

17           Courtroom 2 (AWI), 8th Floor

18       Trial:

19           August 4, 2009 at 8:30 a.m. Courtroom 2 (AWI), 8th Floor

20           (Jury trial 5-7 days, bifurcation not requested at this time).

21       All other orders contained in the Initial Scheduling Order dated February 26, 2008 will

22   remain in full force and effect.  The court notes that this is the third time the scheduling order has

23   been amended.  The parties are advised that requests for future amendments will be looked upon

24   with disfavor.

25       IT IS SO ORDERED.

26   Dated:  January 26, 2009          **Gary S. Austin**
                                       United States Magistrate Judge
27

28

**AMENDED SCHEDULING ORDER**

BOSC/1048623/6254663v.1

PDF created with pdfFactory trial version www.pdffactory.com